UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

IN RE:                     |      Case No. **18-10170-jal**

                         |

Carol Sue Doyle          |

                         |      Chapter 7

           Debtor     |

                         |

### <u>FIRST AND FARMERS NATIONAL BANK, INC.'S</u><br><u>MOTION FOR RELIEF FROM STAY</u>

Comes now, Creditor, First and Farmers National Bank, Inc., a secured creditor herein, and moves this Court, pursuant to this Motion, for relief from the automatic stay imposed by Section 362 of the Bankruptcy Code and states as follows:

1. This contested matter relates to Bankruptcy Petition No. 18-10170-jal in the Bankruptcy Court for the Western District of Kentucky, which Petition is a Chapter 7 proceeding, with the debtor being Carol Sue Doyle.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, as referred under 28 U.S.C. §157, and it constitutes a "core proceeding" within the meaning of the latter statute.

3. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Rule 9014.

4. First and Farmers National Bank, Inc., had filed before the Adair Circuit Court, prior to the filing of the instant proceeding, an action for recovery of money and property, and an action foreclosure against the Debtor.

5. The Debtor, Carol Sue Doyle, did fail to make payment on the notes (promissory note 60960161-10), the security agreement and the real estate mortgage, attached hereto as

Composite Exhibit A, and incorporated herein by reference, and that said Debtor is

indebted to First and Farmers National Bank, Inc., in the sum of $58,669.91.  [See also

attached affidavit of Larry Walker, Composite Exhibit B.]

6. **Real Property:** The property being mortgage is more particularly described as follows:

> A certain tract or parcel of land lying and being in Adair County, Kentucky, and snore particularly described as follows:
>
> Beginning at a found ½" x 18" re-bar with cap #3318 on the northwest right way of Hwy, #2969 (Snake Creek Road) and N 19 deg. 17' 24" E 81.91 feet from the northeast corner of Burton's house and corner to Snake Creek Farm, LLC (Deed Book 222 page 285); thence leaving aforementioned deed and with right of way and crossing driveway S 40 def. 34' 00" E 180.64 feet to a found ½" x 18" re-bar with cap #3318 and another corner with Snake Creek Farm, LLC; thence leaving right of way and common lines with aforementioned deed S 710 def. 51' 27" W 203.42 feet to found iron pin (found) with cap #1401; thence N 29 deg. 17' 17" W 133.15 feet to found ½" x 18" re-bar with cap #3319; thence N 57 deg. 52' 34" E 165.11 feet to the point of beginning, containing 0.64 acre.
>
> This survey is subject to any and all easements, restrictions and rights of way of record at this time. Magnetic North was observed in the field near then ort side of the property on 07/03/00 with reference bearing northeast 785 degree.
>
> This being the same property conveyed by Deed dated January 8th, 2001 from Carol Simpson, single, to Betty Simpson, single and Carol Simpson, single which is found of record in Deed Book 251 page 344, records of the Adair County Clerk's Office, Kentucky.

### FIRST GROUND FOR RELIEF

7. The automatic stay should be terminated for "cause" under Section 362 (d) (l) of the

U.S. Bankruptcy Code in as much as there is no equity in any of the property at issue.

8. The requested relief will result in completion resolution of all First and Farmers

National Bank, Inc.'s issues with the debtor, there is a complete lack of any connection

or interference with the bankruptcy case, and litigation in another forum will not

prejudice the rights of any other creditor, as it will be "in rem."

## SECOND GROUND FOR RELIEF

9. The automatic stay should be terminated due to a lack of adequate protection for

Movant's interest in the property.  It is further respectfully submitted that the Creditor

has received no payments for several months and the value of the collateral is dropping.

WHEREFORE, First and Farmers National Bank, Inc., prays that the automatic stay be

terminated in all respects as against the said Movant:

   (a)    for  cause; and,

   (b)    for lack of adequate protection of movant's interest in the subject property

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, Kentucky 42102
Telephone: (270) 904-4141

s/Harlan E. Judd, III

_____
Harlan E. Judd, III

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion was sent on the 8th day of
March, 2018 forwarded by US Mail means to the following:

Marilyn J. Neumann
Marilyn J. Neumann, P.S.C
108 E. 1st Street
Campbellsville, KY 42718

Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276

James Harley Doyle II
Carol Sue Doyle
404 Merchant St.
Columbia, KY 42728


s/Harlan E. Judd, III

_____

Harlan E. Judd, III